**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OTT,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL LOPEZ, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 11-04291 PSG (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: June 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　／s／ Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE