O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY OTT, | ) | CASE NO. CV 11-04291 PSG (RZ) |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| RAUL LOPEZ, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: June 20, 2012

*[signature]*

———————————————————
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE